JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA R.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 5:20-cv-01044 KES<br><br>**JUDGMENT** |

　　IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED: June 10, 2021

　　　　　　　　　　　　　　　　　　_/s/ Karen E. Scott_
　　　　　　　　　　　　　　　　　　KAREN E. SCOTT
　　　　　　　　　　　　　　　　　　United States Magistrate Judge